No. 7,789.—STATE ex Rel. STATE HIGHWAY COMMISSION et al., Respondents, v. LYMAN C. HARRIS et al., Appellants.

Decided January 19, 1940.

PER CURIAM.—In accordance with praecipe of appellants the appeal herein is dismissed.

*Mr. Wellington D. Rankin* and *Mr. Arthur P. Acher*, for Appellants.

*Mr. Harrison J. Freebourn*, Attorney General, and *Mr. Carl N. Thompson*, Assistant Attorney General, for Respondents.